PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE _WESTERN_ DISTRICT OF TEXAS
_SAN ANTONIO_ DIVISION

AUG – 4 2022

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

DAVID WASHINGTON # 765851
Plaintiff's Name and ID Number

JOHN B. CONNALLY UNIT
Place of Confinement

**SA22CA0889 FB**

CASE NO._____
(Clerk will assign the number)

v. MD. CHRISTI TUPA

899 FM 632, KENEDY. TEXAS 78119
Defendant's Name and Address
FNP. JOSEPH OBI
899 FM 632, KENEDY. TEXAS 78119
Defendant's Name and Address
MID-LEVEL PRACTITIONER PAMELA WAGNER

899 FM 632, KENEDY. TEXAS 78119
Defendant's Name and Address
( DO NOT USE "ET AL.")

---

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

Rev. 05/15

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1.  In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2.  If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3.  The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4.  If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I.  PREVIOUS LAWSUITS:

    A.  Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ✓ YES ___ NO

    B.  If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1.  Approximate date of filing lawsuit: _____

        2.  Parties to previous lawsuit:

            Plaintiff(s) DAVID LEE WASHINGTON # 765851 _____

            Defendant(s) CHRISTI TUPA, JOSEPH OBI, PAMELA WAGNER

        3.  Court: (If federal, name the district; if state, name the county.) BEXAR _____

        4.  Cause number: _____

        5.  Name of judge to whom case was assigned: _____

        6.  Disposition: (Was the case dismissed, appealed, still pending?) _____

        7.  Approximate date of disposition: _____

Rev. 05/15

II.   PLACE OF PRESENT CONFINEMENT: JOHN B. CONNALLY UNIT

III.   EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?          ✓ YES ___ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV.   PARTIES TO THIS SUIT:

A.  Name and address of plaintiff: DAVID LEE WASHINGTON #765851
JOHN B. CONNALLY UNIT, 899 FM 632, KENEDY, TEXAS 78119.

B.  Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: CHRISTI TUPA, DOCTOR, JOHN B. CONNALLY UNIT, 899 FM 632, KENEDY, TEXAS 78119.

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

MISTREATMENT

Defendant #2: JOSEPH OBI, FNP, JOHN B. CONNALLY UNIT, 899 FM 632, KENEDY, TEXAS 78119.

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

MISTREATMENT

Defendant #3: PAMELA WAGER, MID-LEVEL PRACTITIONER, JOHN B. CONNALLY UNIT, 899 FM 632, KENEDY, TEXAS 78119.

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

MISTREATMENT

Defendant #4: CYRIL ONYEMAECHI, MID-LEVEL PRACTITIONER, JOHN B. CONNALLY UNIT, 899 FM 632, KENEDY, TEXAS 78119.

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

MISTREATMENT

Defendant #5: DEBRA GLOOR, SENIOR PRACTICE MANAGER, JOHN B. CONNALLY UNIT, 899 FM 632, KENEDY, TEXAS 78119.

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

MISTREATMENT

Rev. 05/15

3

V.    STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

MISTREATMENT, CAUSING ME PAIN AND SUFFERING, TDCJ-ID JOHN B. CONNALLY UNIT. FEBRUARY 19, 2022. DR. CHRISTI TUPA, FNP JOSEPH OBI, MID-LEVEL PRACTITIONER PAMELA WAGNER, MID-LEVEL PRACTITIONER CYRIL ONYEMAECHI, SENIOR PRACTICE MANAGER DEBRA GLOOR, E.T.C. MISTREATMENT.

VI.    RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. A NO HANDCUFFS PASS, PUT ME BACK ON MY PAIN MED TRAMADOL THREE TIMES A DAY, AND SEE THE BEST DERMATOLOGIST IN PRISON FOR THIS SKIN PROBLEM, AND CLEAN MY TEETH EVERY WEEK UNTELL THEY TURN WHITE AS SNOW. AND PAY ME $300,000 DOLLARS, ORDER SOME MRI'S AND CAT SCAN'S FOR MY LOWER BACK AND NECK.

VII.    GENERAL BACKGROUND INFORMATION:

A.    State, in complete form, all names you have ever used or been known by including any and all aliases.

DAVID LEE WASHINGTON

B.    List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

#765851

VIII.    SANCTIONS:

A.    Have you been sanctioned by any court as a result of any lawsuit you have filed?  ____YES ____NO

B.    If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1.    Court that imposed sanctions (if federal, give the district and division): DON'T REMEMBER

2.    Case number: _____

3.    Approximate date sanctions were imposed: _____

4.    Have the sanctions been lifted or otherwise satisfied?  ____YES ____NO

Rev. 05/15

4

C. Has any court ever warned or notified you that sanctions could be imposed?  _____YES____NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

    1. Court that issued warning (if federal, give the district and division): *DON'T REMEMBER,*

    2. Case number: _____

    3. Approximate date warning was issued: _____

Executed on: _____
          DATE

                        *DAVID LEE WASHINGTON*
                        *David Lee Washington*
                        (Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.

2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.

3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.

4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this _____3_____ day of *AUGUST* _____, 20 _22_ .
           (Day)                (month)           (year)

                        *DAVID LEE WASHINGTON*
                        *David Lee Washington*
                        (Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

Rev. 05/15

To: Unit Administrator E-60   June 30, 2022

I've also have been receiving threats from the gang members Thongo Blast, etc. of Crip Gang from my Blk.

David Washington   #765851
                   12-A-37

John B. Connally Unit

**SUBJECT:** *State briefly the problem on which you desire assistance.*

I'm writing to you to see if I'm still keeping or single cell? Because I'm in the population now at Huntsville Unit. I was hurt on this unit. I would like a your attitude in this matter as soon as possible please.

Thank you.

**Name:** David Washington    **No:** 765851    **Unit:** Connally

**Living Quarters:** 12-F-10    **Work Assignment:** Medically unassigned

**DISPOSITION:** (Inmate will not write in this space)

I-60 (Rev. 11-90)

**SUBJECT:** *State briefly the problem on which you desire assistance.*

I'm writing to you to see if I'm going to be able to get on the phone to call my Heartsville where I get on this unit, I would appreciate you assistance in this matter as soon as possible please.

Thanks

Name: Denval Washington   No: 76585   Unit: Connally

Living Quarters: 12-F-40-   Work Assignment: Medically unassigned

**DISPOSITION:** (Inmate will not write in this space)

HS-04 (Rev. 11-00)

**SUBJECT:** *State briefly the problem on which you desire assistance.*

I'm writing to ask if I'm single celled or safe keeping status.

**Name:** David Uishunson   **No:** 762585   **Unit:** Connally

**Living Quarters:** 3B-20-B   **Work Assignment:** 4-5 medical squad II

**DISPOSITION:** (Inmate will not write in this space)

I-60 (Rev. 11-80)

To: Classification E-60   April 27, 2022

I'm writing to see if I'm eligible for safekeeping status.

David Washington   #765851

John B. Connally unit   3B-20-B

To: Unit Coordinator E-60   June 30, 2022

I've also been receiving threats from the gang members Thompo Blast, etc. Not in general population my life.

David Washington   #765851
John B. Connally Unit   12-A-37

**Signature Authority:**_____ **Date:** _____

**Returned because:**    *Resubmit this form when corrections are made.*

☐ 1. **Grievable time period has expired.**

☐ 2. **Illegible/Incomprehensible.***

☐ 3. **Originals not submitted. ***

☐ 4. **Inappropriate/Excessive attachments.***

☐ 5. **Malicious use of vulgar, indecent, or physically threatening language.**

☐ 6. **Inappropriate.***

**CGO Staff Signature:** _____

| OFFICE USE ONLY |
|---|
| Initial Submission                 CGO Initials: _____ |
| Date UGI Recd:_____ |
| Date CGO Recd:_____ |
| (check one) ____Screened    ____Improperly Submitted |
| Comments: _____ |
| Date Returned to Offender:_____ |
| 2nd Submission                 CGO Initials: _____ |
| Date UGI Recd: _____ |
| Date CGO Recd:_____ |
| (check one) ____Screened    ____Improperly Submitted |
| Comments: _____ |
| Date Returned to Offender: _____ |
| 3rd Submission                 CGO Initials: _____ |
| Date UGI Recd: _____ |
| Date CGO Recd:_____ |
| (check one) ____Screened    ____Improperly Submitted |

**SUBJECT:** *State briefly the problem on which you desire assistance.*

I'm writing to you to see if Dr. Dr. Sala Keeping or single cell release put in the pod with at situable where I get on this flight I would appreciate your assistance in this matter as soon as possible please

Thank you.

**DISPOSITION:** (Inmate will not write in this space)

Name: Denel Washington     No: 762381     Unit: Connally

Living Quarters: 12-5-40     Work Assignment: medically unassigned

c1-60 (Rev. 11-90)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ *Unit Assignment, Transfer (Chairman of Classification, Administration Building)*

2. ☐ *Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)*

3. ☐ *Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)*

4. ☐ *Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78757)*

5. ☐ *Visiting List (Asst. Director of classification, Administration Building)*

6. ☐ *Parole requirements and related information (Unit Parole Counselor)*

7. ☐ *Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)*

8. ☐ *Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)*

TO: _Safe Prison S. Martinez_    DATE: _March 31, 2022_
(Name and title of official)

ADDRESS: _John B. Connally unit_

I-60 (Rev. 11-90)

11:7:22

**SUBJECT:** *State briefly the problem on which you desire assistance.*

I'm writing to you to see if I can get
treated/put in the prison at Huntsville
where I'm not on this list. I would appreciate you
assistance in this matter as soon as possible, please?

Thanks

---

**Name:** Durell Washington    **No.:** 1108851    **Unit:** Connally

**Living Quarters:** 12-E-40    **Work Assignment:** Medically unassigned

**DISPOSITION:** (Inmate will not write in this space)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ Unit Assignment, Transfer (Chairman of Classification, Administration Building)

2. ☐ Restoration of Lost overtime (Unit Warden-If approved, it will be forwarded to the State Disciplinary Committee)

3. ☐ Request for Promotion In Class or to Trusty Class (Unit Warden- If approved, will be forwarded to the Director of Classification)

4. ☐ Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78711)

5. ☐ Visiting List (Asst. Director of classification, Administration Building)

6. ☐ Parole requirements and related Information (Unit Parole Counselor)

7. ☐ Inmate Prison Record (Request for copy of record, Information on parole eligibility, discharge date, detainers-Unit Administration)

8. ☐ Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)

TO: _Classification_
(Name and title of official)

DATE: _March 31, 2022_

ADDRESS: _John B. Connally Unit_

**SUBJECT:** State briefly the problem on which you desire assistance.

I'm writing to see if I'm suppose to cell on safe
keeping status.

Name: _Darrell Washington_    No: _762885_    Unit: _Connally_

Living Quarters: _3B-20-B_    Work Assignment: _I/S medical squad II_

**DISPOSITION:** (Inmate will not write in this space)

I-60 (Rev. 11-90)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — **INSTITUTIONAL DIVISION**

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ Unit Assignment, Transfer (Chairman of Classification, Administration Building)

2. ☐ Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)

3. ☐ Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)

4. ☐ Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78757)

5. ☐ Visiting List (Asst. Director of classification, Administration Building)

6. ☐ Parole requirements and related information (Unit Parole Counselor)

7. ☐ Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)

8. ☐ Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)

TO: *Safe Prison* _____ DATE: *April 27, 2022*

(Name and title of official)

ADDRESS *John B. Connally unit* _____

To: Classification f-60    April 27, 2022

I'm writing to see if I'm eligible for Safekeeping status.

David Washington    #76585

John B. Connally unit    3B-20-B

**Signature Authority:**_____    **Date:**_____

**Returned because:**    *Resubmit this form when corrections are made.*

- ☐ 1. **Grievable time period has expired.**
- ☐ 2. **Illegible/Incomprehensible.***
- ☐ 3. **Originals not submitted. ***
- ☐ 4. **Inappropriate/Excessive attachments.***
- ☐ 5. **Malicious use of vulgar, indecent, or physically threatening language.**
- ☐ 6. **Inappropriate.***

**CGO Staff Signature:**_____

---

**OFFICE USE ONLY**

Initial Submission                CGO Initials: _____

Date UGI Recd:_____

Date CGO Recd:_____

(check one) ____Screened    ____Improperly Submitted

Comments: _____

Date Returned to Offender:_____

**2ⁿᵈ Submission**                CGO Initials: _____

Date UGI Recd: _____

Date CGO Recd: _____

(check one) ____Screened    ____Improperly Submitted

Comments: _____

Date Returned to Offender: _____

**3ʳᵈ Submission**                CGO Initials: _____

Date UGI Recd: _____

Date CGO Recd:_____

(check one) ____Screened    ____Improperly Submitted

# Texas Department of Criminal Justice

## STEP 1     OFFENDER GRIEVANCE FORM

**OFFICE USE ONLY**

Grievance #: 2022064419

Date Received: FEB 16 2022

Date Due: 04.02.2022

Grievance Code: 624

Investigator ID #: 1.1735

Extension Date: 5/17/22

Date Retd to Offender: APR 04 2022

Offender Name: David Washington  TDCJ # 765851

Unit: Connally Unit  Housing Assignment: 12 Building F-Pod 23

Unit where incident occurred: Connally Unit

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? PA. Mr. OBI     When? February 15, 2022

What was their response? Steroid shot

What action was taken? none

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

To whom it may concern,
On February 15, 2022 and at the location 10 building infirmary I went and saw PA. Mr. OBI about my lower back and neck injuries. And he refuse to do x-rays or to examine me. And did not offer me a knee brace. He offered me a steroid shot it makes me itch and brake out with rashes. So I refuse it because it do me more harm than good. And he offered me Ibuprofen, Noproxen, non-aspirin, Malaxcam, tylenol a this generic stuff do me more harm than good. He said he cannot do nothing for me and made me get out of his office. And I got six bolts and six screws in my lower back. And my neck is hurting and my knee hurts. And PA. Mr. OBI did nothing for me.

**Action Requested to resolve your Complaint.**

To take X-rays on my lower back and my neck and on my
knee. And put me on some pain medicine for it.

**Offender Signature:** David Washington                    **Date:** February 15, 2022

**Grievance Response:**

You were seen on 2/15/2022 for complaint of back, neck and knee pain. Your x-ray reports from late 2021
were reviewed. Degenerative Anterior Osteophytes were noted. Mild degenerative, loss of disc height was
seen at 5/6 and 6/7. Disc spaces of the L-spine were well preserved. There was satisfactory appearance of
L4-S1 surgical fusion and stable appearance of lumbar spondylosis. You were offered a steroid injection
and non-aspirin. You declined. The provider ordered a short course of NSAIDS and referred you to
Orthopedics. The treatment offered was commensurate to the clinical findings.

**Signature Authority:** _____ DEBRA GLOOR   Debra Gloor, SPM   **Date:** 03/30/2022
                                    Senior Practice Manager
If you are dissatisfied with the Step 1 response you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response.
State the reason for appeal. UTMB Correctional Managed Care

**Returned because:**       *****Resubmit this form when the corrections are made.**

| | | |
|---|---|---|
| ☐ | 1. Grievable time period has expired. | |
| ☐ | 2. Submission in excess of 1 every 7 days. * | |
| ☐ | 3. Originals not submitted. * | |
| ☐ | 4. Inappropriate/Excessive attachments. * | |
| ☐ | 5. No documented attempt at informal resolution. * | |
| ☐ | 6. No requested relief is stated. * | |
| ☐ | 7. Malicious use of vulgar, indecent, or physically threatening language: * | |
| ☐ | 8. The issue presented is not grievable. | |
| ☐ | 9. Redundant. Refer to grievance # | |
| ☐ | 10. Illegible/Incomprehensible. * | |
| ☐ | 11. Inappropriate. * | |

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely**
**affect the offender's health.**

**Medical Signature Authority:** _____

**I-127 Back (Revised 11-2010)**

**OFFICE USE ONLY**

Initial Submission       UGI Initials:_____

Grievance #: _____

Screening Criteria Used: _____

Date Rec'd from Offender: _____

Date Returned to Offender: _____

2nd Submission          UGI Initials:_____

Grievance #: _____

Screening Criteria Used: _____

Date Rec'd from Offender: _____

Date Returned to Offender: _____

3rd Submission          UGI Initials:_____

Grievance #: _____

Screening Criteria Used: _____

Date Returned to Offender: _____

Appendix F

12

# Texas Department of Criminal Justice

## STEP 1    OFFENDER GRIEVANCE FORM

Offender Name: _David Washington_  TDCJ # _765851_

Unit: _Connally_    Housing Assignment: _12-F-23_

Unit where incident occurred: _Connally    3B 20B_

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | 2022069484 |
| Date Received: | MAR 01 2022 |
| Date Due: | 04.15.2022 |
| Grievance Code: | 616 |
| Investigator ID #: | 1733 |
| Extension Date: | 5.30.22 |
| Date Retd to Offender: | APR 20 2022 |

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? _Sgt._    When? _February 19, 2022_

What was their response? _write a grievance_

What action was taken? _none_

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

To whom it may concern,
I've written Dr. Trespa some sick calls on my lower back and neck injuries trying to get in to see her once on February 19, 2022. I'm having consistent pain in all my extremities. And I also ask her to put me back on my tramadol because I'm having constant pain in my lower back with six bolts and six screws in it. And my neck is hurting bad. I also been trying to get in to see her to get a front handcuff pass. Because these officers are making me put my hands behind my back making me aggravate my lower back and neck injuries. This is a urgent situation that needs attention as soon as possible please.

I-127 Front (Revised 11-2010)    YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM    (OVER)

Appendix F

Action Requested to resolve your Complaint. *give me a front handcuffs pass. And reorder my tramadol for its nerve damage in my lower back and neck*

Offender Signature: *David Washington*                    Date: *February 27, 2022*

Grievance Response:

Sick calls that are received in the medical department are triaged by the appropriate level of health care professional. Sick calls resulting in a face-to-face exam are scheduled with a medical provider. This may be a mid-level practitioner or physician, but a physician is not guaranteed. On 2/15/22 you were seen by a mid-level practitioner. You were referred to Ortho specialty services for further evaluation. Your referral was approved, and you have an appointment in June. You declined a steroid injection and non-aspirin for pain. You were ordered a short course of Ibuprofen. Your handcuff pass was addressed on 3/1/22. On 3/9/22 your pain medication was changed. On 4/11/22 your pain issues were addressed again including your request for Tramadol. The medical director had the opportunity to review your complaint and has not made any changes to your current plan of care.

Signature Authority: **DEBRA GLOOR** *Debra Gloor, SPM*    Date: *04/14/2022*
**Senior Practice Manager**
~~UTMB Correctional Managed Care~~

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Returned because:          *Resubmit this form when the corrections are made.

- [ ] 1. Grievable time period has expired.
- [ ] 2. Submission in excess of 1 every 7 days. *
- [ ] 3. Originals not submitted. *
- [ ] 4. Inappropriate/Excessive attachments. *
- [ ] 5. No documented attempt at informal resolution. *
- [ ] 6. No requested relief is stated. *
- [ ] 7. Malicious use of vulgar, indecent, or physically threatening language. *
- [ ] 8. The issue presented is not grievable.
- [ ] 9. Redundant, Refer to grievance #_____
- [ ] 10. Illegible/Incomprehensible. *
- [ ] 11. Inappropriate. *

UGI Printed Name/Signature: _____

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

Medical Signature Authority:_____

I-127 Back (Revised 11-2010)

**OFFICE USE ONLY**

Initial Submission          UGI Initials:_____

Grievance #:_____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

2ⁿᵈ Submission          UGI Initials:_____

Grievance #:_____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

3ʳᵈ Submission          UGI Initials:_____

Grievance #:_____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

Appendix

JUL 21 2022



**Texas Department of Criminal Justice**

# STEP 2    OFFENDER GRIEVANCE

Offender Name: _David Washington_    TDCJ # _765851_

Unit: _Connally_    Housing Assignment: _12-E-40_

Unit where incident occurred: _Connally_    **RFGI**

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | 2022064419 |
| UGI Recd Date: | APR 06 2022 |
| HQ Recd Date: | APR 11 2022 |
| Date Due: | 5.21.22 |
| Grievance Code: | 624 |
| Investigator ID#: | 10352 |
| Extension Date: | |

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).**    *I am dissatisfied with the response at Step 1 because...*

However FNP Mr. Onyemaech order some Acetamenophen 325 mg tablets from March 9, 2022 to March 19, 2022 but it's been a while since I've had any other than the divalproe Sod 500 mg. An tablet which is a depression med they are using for pain. I need my tramadol for this never damage in my lower back and neck injuries to help me cope with all this pain. FNP Mr. Onyemaech said they don't have tramadol here on the unit. He said I will have to go to John Sealy hospital to get them reordered. I need to see a doctor hear on the unit they said there is no doctor on the unit. He said thats why he is sending me to Orthopech. So they can put me back on my tramadol. I need them now, I got sharp pains in my lower back running down my legs. I'm in constant pain all day and night. And having numbness in all my extremities (my legs, arms, hands, etc. And I put in sick calls every week asking to reorder my tramadol to help me cope to no avail). I would appreciate your assistance in this matter as soon as possible please.

I-128 Front (Revised 11-2010)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

Appendix G

Offender Signature: _Darrel Washington_    Date: _April 5, 2022_

**Grievance Response:**

A review of the Step 1 medical grievance has been completed regarding your complaint on 02/15/2022, you were seen by the provider you named regarding your lower back and neck injuries. You documented the provider refused to do X-rays, nor did he examine you and did not offer you a knee brace. You refused the steroid shot due to your report of allergies. Also, you, you reported being offered Ibuprofen, Naproxen, non-Aspirin, Meloxicam and Tylenol but the generic stuff does you more harm than good. You stated the provider did nothing for you and you continue to request for pain medication and X-rays.

An appellate review of your medical grievance and clinical records shows you were evaluated by the provider you named on 02/15/2022, due to your medical history of surgical spinal fusion pain. Your X-rays from five (5) months prior were reviewed during this visit. The plan from this visit included a routine (within 6 months) Orthopedic Spine referral. On 03/09/2022, you were assessed for constant low back pain and prescribed Tylenol and Methocarbamol (muscle relaxant). You were seen on 04/14/2022, by the provider and requested Tramadol for your back. The plan for this visit stated no indication for lotion, knee brace or Tramadol. All medications, treatments and referrals are based on the clinical findings of the provider at the time of their assessment.

**Signature Authority:** _____    **Date:** _4-28-2_

---

**Returned because:** *Resubmit this form when corrections are made*

☐ 1. Grievable time period has expired.

☐ 2. Illegible/Incomprehensible.

☐ 3. Originals not submitted.

☐ 4. Inappropriate/Excessive attachments.*

☐ 5. Malicious use of vulgar, indecent, or physically threatening language.

☐ 6. Inappropriate.*

**CGO Staff Signature:** _____

Medical care indicates you have been afforded access to medical care in accordance with Correctional Managed Health Care policy E-44.1. If your situation requires further evaluation, submit a Sick Call Request to the medical department.

<table>
<tr><td colspan="2"><b>OFFICE USE ONLY</b></td></tr>
<tr><td>Initial Submission</td><td>CGO Initials: _____</td></tr>
<tr><td colspan="2">(check one) ____ Screened ____ Improperly Submitted</td></tr>
<tr><td colspan="2">Comments: _____</td></tr>
<tr><td colspan="2">Date Returned to Offender: _____</td></tr>
<tr><td>2nd Submission</td><td>CGO Initials: _____</td></tr>
<tr><td colspan="2">Date UGI Recd: _____</td></tr>
<tr><td colspan="2">Date CGO Recd: _____</td></tr>
<tr><td colspan="2">(check one) ____ Screened ____ Improperly Submitted</td></tr>
<tr><td colspan="2">Comments: _____</td></tr>
<tr><td colspan="2">Date Returned to Offender: _____</td></tr>
<tr><td>3rd Submission</td><td>CGO Initials: _____</td></tr>
<tr><td colspan="2">Date UGI Recd: _____</td></tr>
<tr><td colspan="2">Date CGO Recd: _____</td></tr>
<tr><td colspan="2">(check one) ____ Screened ____ Improperly Submitted</td></tr>
<tr><td colspan="2">Comments: _____</td></tr>
<tr><td colspan="2">Date Returned to Offender: _____</td></tr>
</table>

I-128 Back (Revised 11-2010)                    Appendix G



JUL 21 2022

## Texas Department of Criminal Justice

# STEP 2    **OFFENDER GRIEVANCE**

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | 2022069484 |
| UGI Rec'd Date: | APR 25 2022 |
| HQ Rec'd Date: | APR 28 2022 |
| Date Due: | 06·09·22 |
| Grievance Code: | 616 |
| Investigator ID#: | I0352 |
| Extension Date: | |

Offender Name: Deyird Washington    TDCJ # 765851
Unit: Connally    Housing Assignment: 3B-20-B
Unit where incident occurred: Connally    12A 37

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific.)**    *I am dissatisfied with the response at Step 1 because...*

Well I still need my Tramadol regodes my appointment isn't untell June. And I know they have Tramadol on the unit. Medical Director, I need my Tramadol reorder it works good on this nerve damage in my lower back and Check. This depression med they are using for all this pain I'm experiencing. So while you're at it ride and put me back on my Tramadol please I've been in a lot of pain since I've been off of the Tramadol. I would appreciate it.

I-128 Front (Revised 11-2010)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

Appendix G

**Offender Signature:** *David Washington*    **Date:** *April 22, 2022*

**Grievance Response:**

A review of the Step 1 medical grievance has been completed regarding your complaint you had submitted a Sick Call Request (SCR) on 02/19/2022 to the unit doctor you named regarding your lower back and neck injuries. You are requesting to be put back on Tramadol due to the constant pain in your lower back and neck. Also, you wanted a front handcuff pass.

Appellate review of your medical grievance and clinical records show you were seen by the unit provider on 02/15/2022 for neck and back pain. During this visit, review of your prior Cervical and Lumbar Spine X-rays were reviewed. The conclusion stated: Satisfactory appearance of L4-S1 surgical fusion and stable appearance of lumbar spondylosis. No acute bone trauma or significant change from 05/09/2019. The plan state you were to continue the medication Depakote as prescribed. It is documented you refused a steroid injection and non-Aspirin. You were prescribed on 04/11/2022 the anti-inflammatory/pain medication Ibuprofen. Also, you were to start daily neck and back stretching exercises and apply warm compress to pain regions as needed. A routine (within 6 months) referral was submitted to Orthopedic for your complaint of pain. Your medical pass state no short cuff behind back. On 04/14/2022, you were evaluated by the unit provider and he plan stated no indication for lotion, knee brace or Tramadol. According to documentation in your clinical record you have a history of medication hoarding/trafficking which includes the medication Tramadol.

Your medical record indicates you have been afforded access to medical care in accordance with Correctional Managed Health Care policy E-44.1. If your situation requires further evaluation, submit a Sick Call Request to the medical department.

**Signature Authority:** STEP II MEDICAL GRIEVANCE PROGRAM    **Date:** 5-24-22
OFFICE OF PROFESSIONAL STANDARDS
TDCJ HEALTH SERVICES DIVISION

**Returned because:** *Resubmit this form when corrections are made.*

- ☐ 1. Grievable time period has expired.
- ☐ 2. Illegible/Incomprehensible.*
- ☐ 3. Originals not submitted. *
- ☐ 4. Inappropriate/Excessive attachments.*
- ☐ 5. Malicious use of vulgar, indecent, or physically threatening language.
- ☐ 6. Inappropriate.*

**CGO Staff Signature:** _____

I-128 Back (Revised 11-2010)

<table>
<tr><td colspan="3"><b>OFFICE USE ONLY</b></td></tr>
<tr><td colspan="2"><b>Initial Submission</b></td><td><b>CGO Initials:</b> _____</td></tr>
<tr><td colspan="3">Date UGI Recd: _____</td></tr>
<tr><td colspan="3">Date CGO Recd: _____</td></tr>
<tr><td>(check one) ____ Screened</td><td colspan="2">____ Improperly Submitted</td></tr>
<tr><td colspan="3">Comments: _____</td></tr>
<tr><td colspan="3">Date Returned to Offender: _____</td></tr>
<tr><td colspan="2"><b>2nd Submission</b></td><td><b>CGO Initials:</b> _____</td></tr>
<tr><td colspan="3">Date UGI Recd: _____</td></tr>
<tr><td colspan="3">Date CGO Recd: _____</td></tr>
<tr><td>(check one) ____ Screened</td><td colspan="2">____ Improperly Submitted</td></tr>
<tr><td colspan="3">Comments: _____</td></tr>
<tr><td colspan="3">Date Returned to Offender: _____</td></tr>
<tr><td colspan="2"><b>3rd Submission</b></td><td><b>CGO Initials:</b> _____</td></tr>
<tr><td colspan="3">Date UGI Recd: _____</td></tr>
<tr><td colspan="3">Date CGO Recd: _____</td></tr>
<tr><td>(check one) ____ Screened</td><td colspan="2">____ Improperly Submitted</td></tr>
<tr><td colspan="3">Comments: _____</td></tr>
<tr><td colspan="3">Date Returned to Offender: _____</td></tr>
</table>

**Appendix G**