UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| DAVID WASHINGTON,<br>TDCJ # 00765851,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CHRISTI TUPA, M.D.; JOSEPH OBI, FNP; PAMELA WAGNER, Mid-Level Practitioner; CYRIL ONYEMAECHI, Mid-Level Practitioner; and DEBRA GLOOR, Senior Practice Manager,<br><br>　　　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§　　SA-22-CA-889-FB<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## FINAL JUDGMENT

Before the Court is the above-entitled cause. Upon review of the entire case file and this Court's Order which dismissed Plaintiff David Washington's claims pursuant to the three-dismissal rule of 28 U.S.C. § 1915(g), the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that Washington's claims against Defendants, Christi Tupa, Doctor, Connally Unit; Joseph Obi, FBP, Connally Unit; Pamela Wagner, Mid-Level Practitioner, Connally Unit; Cyril Onyemaechi, Mid-Level Practitioner, Connally Unit; and Debra Gloor, Senior Practice Manager, Connally Unit, are **DISMISSED WITHOUT PREJUDICE** pursuant to the three-dismissal rule of 28 U.S.C. § 1915(g).

**IT IS FINALLY ORDERED** that the above entitled cause of action is hereby **CLOSED**.

SIGNED this 30th day of August, 2022.

FRED BIERY
UNITED STATES DISTRICT JUDGE